Zheng "Andy" Liu (SBN 279327)
Jingyi Guo (SBN 335448)
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Telephone: 650.475.6289
Facsimile: 510.987.8411
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiff Ran Aimee Song*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| Ran Aimee Song, an individual;<br><br>Plaintiff,<br><br>v.<br><br>Lei Jiang, an individual; and Zhi Wu, an individual;<br><br>Defendants. | Case No. 3:22-cv-00002-JD<br><br>**DECLARATION OF MENGYU CAO** |

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1.  I was a real property seller client of Plaintiff Ran Aimee Song on or about August 23, 2021.

2.  I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3.  On or about August 23, 2021, Ms. Lei Jiang sent me a private, unsolicited LinkedIn message (also called an InMail message) with four attachments from her LinkedIn account to my LinkedIn account.

**DECLARATION OF MENGYU CAO**

4.  A true and correct screenshot of the private LinkedIn message Ms. Jiang sent me on or about August 23, 2021 is provided in the Exhibit A attached to this declaration.

5.  The messages and the four attachments were files Ms. Jiang filed with the Alameda County Superior Court about a legal case between Ms. Jiang and Plaintiff Ran Aimee Song.

6.  I was surprised by Ms. Lei Jiang's unsolicited, direct LinkedIn message for the following reasons.

7.  First, I had turned my LinkedIn profile into the "private" mode at the time.

8.  Second, I was not a first-degree, second-degree, or third-degree connection with Ms. Jiang on LinkedIn. In fact, Ms. Jiang and I do not share any common connections on LinkedIn.

9.  Third, Ms. Jiang was not a premium LinkedIn member when she sent me the message.

10. Fourth, Absent a first-degree, second-degree, or third-degree connection or a premium membership, Ms. Jiang should not have been able to send me a private LinkedIn messages as she did on or about August 23, 2021.

11. A true and correct copy of the LinkedIn's messaging policy restricting InMail messaging based on degrees of connections is provided in the Exhibit B attached to this declaration.

12. On or about August 23, 2021, Ms. Jiang was working for Microsoft, which owns LinkedIn and shares access to certain software databases with LinkedIn.

13. I suspect that Ms. Jiang used, without authorization, privileges from her employment with Microsoft to first identify me on LinkedIn and then send me the unauthorized LinkedIn message.

14. It appears that Ms. Jiang had sent that identical message to other LinkedIn users who were Plaintiff Ran Aimee Song's customers or friends.

DECLARATION OF MENGYU CAO

15. I believe Ms. Jiang's intention in sending me (and probably others) the unauthorized LinkedIn message was to damage Plaintiff Ran Aimee Song's professional reputation.

16. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on August 30, 2022.

By 

Mengyu Cao

**DECLARATION OF MENGYU CAO**

# EXHIBIT A

**DECLARATION OF MENGYU CAO**

Petitioner try to interfere our business on Social Media (LinkedIn and WeChat )
on  8/23/2021 & 7/21/2021



17:54

← Lei Jiang    8/23/2021



**Lei Jiang**
Data Scientist at Microsoft

TODAY

 **Lei Jiang** · 4:26 pm

**Aimee Song defrauded and threatened us to force us sell our house**

Hi Mengyu,
 Sorry for the intrusion. I noticed your house will be on market for sale by Aimee Song soon. Aimee Song and Xiaoxin Chen recently defrauded us to sign a counteroffer and when we refused to sign the purchase contract, she threatened the safety of our family to force us to sell. Please be careful when dealing with them.

We refused to sign the purchase contract for several reasons.

The agents were dual agent and did not present all the offers to us to make sure their buyer is the only good buyer for our house.

We did not want to accept any of the offers they presented a̶n̶d̶ ̶w̶o̶u̶l̶d̶ ̶l̶i̶k̶e̶ ̶t̶o̶ ̶o̶p̶e̶n̶ house for another week b̶u̶t̶ ̶t̶h̶e̶y̶ ̶r̶e̶f̶u̶s̶e̶d̶ ̶t̶o̶ ̶d̶o̶ ̶s̶o̶.

↓ Latest message

+ | Write a message...

---

17:54

← Lei Jiang

We did not want to accept any of the offers they presented and would like to open house for another week but they refused to do so.

They coercion us to sign a counteroffer and they never present the purchase contract to us before they urged us to sign the counteroffer.

They said there was another property accepted their buyer's offer, he needed to deposit by a deadline and we need to sign before a deadline. Unfortunately, we wrongfully trusted them and signed the counteroffer.  Their buyer had multiple criminal records and foreclosures. And the way they urged us to sign the counteroffer was very suspicious, so we verified with the listing agent of the other property that they claimed accepted their buyer's offer. The fact  was their buyer's offer was never accepted. They lied to us to urge us sign the counteroffer. We think this is likely a fraud. We called and wrote emails to cancel the counter offer right away.

When they sent the purchase contract to sign the next day, we refused to sign. After we refuse to sign purchase contract, they kept threatening and harassing us for several weeks to force us sign the pu

↓ Latest message

+ | Write a message...



17:54

← Lei Jiang

They even threaten the safety of our family and even tried to gain access to our new house's keys after they threaten the safety of our family. We had to file a restraining order against them for their behaviors.  Please see the attached file for the restraining order we filed against them.

They also let the buyer deposit to escrow without a signed purchase contract and forced to come to do appraisal. We refused them to come for appraisal.

They threaten us that we need to pay their buyer a huge amount of money (the buyer request $150,000) or the buyer would file a lawsuit against us. They also persuade we should not go to the court since all money would go to the lawyers. We refused to pay their buyer directly and their buyer filed a lawsuit against us with the purchase contract we never signed attached with the counter offer we tricked to sign by their fraud.

They also did a lot of things to prevent our house to be rented out,  such as reporting our ads and threatening the agent who helped to rent to the house.

I started to receive weird phone calls and blackmail or phishing emails since I filed the

Write a message...

---

17:54

← Lei Jiang

I started to receive weird phone calls and blackmail or phishing emails since I filed the restraining order.

We are filing a cross complain against Aimee Song and Xiaoxin Chen, since the way they tricked us to sign the counteroffer and their threaten caused a lot of financial loss , mental stress and many other damages.

Please see the attached files for more details and feel free to contact me if you have any questions.
Best,
Lei



PDF  Second Supplement JIAN...
     414 KB

PDF  TRO.pdf
     836 KB

PDF  Supplement and Supporti...
     4.6 MB

PDF  Supporting Document.pdf
     2.2 MB

Write a message...

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

**DECLARATION OF MENGYU CAO**

Due to high support volume, it may take longer than usual to hear back from our Support Agents.

## InMail Messages

Last updated: 6 months ago

InMail messages is a premium feature, and it allows you to directly message another LinkedIn member that you're not connected to. If you have a Basic (free) account, then you can only directly message LinkedIn members that you're connected to. You must **upgrade to a Premium account** to use InMail messages. You can't message a member if they've chosen not to receive InMail messages in their message **preferences settings.**

You're allotted a specific number of InMail message credits based on your subscription type. You can find the number of InMail message credits you have from **your My Premium page.**

Premium InMail message credits can't be used to send InMail messages on Sales Navigator or LinkedIn Recruiter.



Learn more about:

- **How to send an InMail message**

- **InMail messages credit and renewal process**

- **Writing InMail Messages-Best Practices**

- **Frequently asked questions about InMail messages**

---

Was this answer helpful?

[ Yes ]    [ No ]

---

**Tagged in**

( InMail and Inbox )

**Related articles**

Use Quick Replies when responding to InMail Messages

InMail message credits and renewal process

Upgrade Plan for Additional InMail Message Credits

---

**Linked in**

Contact us

English (English)

About     Safety Center     Privacy and Terms ▼     LinkedIn Corporation © 2022