Zheng "Andy" Liu (SBN 279327)
Jingyi Guo (SBN 335448)
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Telephone: 650.475.6289
Facsimile: 510.987.8411
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiff Ran Aimee Song*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ran Aimee Song, an individual;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Lei Jiang, an individual; and Zhi Wu, an individual;<br>　　　　Defendants. | Case No. 3:22-cv-00002-JD<br><br>**DECLARATION OF RAN AIMEE SONG** |

　　Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. I am the Plaintiff in this case. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

   **A.  The Envelope ID At Issue**

2. In 2021, I sent Mr. Runxiang Yu a Docusign request from my Docusign account [aimee.song@cbnorcal.com](mailto:aimee.song@cbnorcal.com). The request was for Mr. Yu to electronically signed a document concerning a commercial transaction involving such parties as Mr. Yu and I.

1

**DECLARATION OF RAN AIMEE SONG**

3. Mr. Yu signed the document, and an envelope ID was created by Docusign Inc. for the signed document.

4. The envelop ID for that signed document was 51E45174A5D24DBA97CDCA4ED5F69CC4.

5. The envelop ID 51E45174A5D24DBA97CDCA4ED5F69CC4 was unique to this signed document; no other documents have this same envelop ID.

6. This is the same envelop ID identified in Defendants' subpoena on Docusign Inc.

7. I, however, never revealed to anyone (except Mr, Yu and Docusign Inc.) about the envelop ID (51E45174A5D24DBA97CDCA4ED5F69CC4) for this signed document.

8. Mr. Runxiang Yu informed me that he also did not reveal this unique envelop ID (51E45174A5D24DBA97CDCA4ED5F69CC4) to anyone else.

9. Thus, only Mr. Yu, Docusign Inc., and I could have known about this unique envelop ID (51E45174A5D24DBA97CDCA4ED5F69CC4).

10. I have not, in any way, authorized Defendants (Ms. Jiang and her husband Mr. Zhu) to obtain this unique envelop ID (51E45174A5D24DBA97CDCA4ED5F69CC4).

11. I have also not, in any way, authorized anyone to disclose this unique envelop ID (51E45174A5D24DBA97CDCA4ED5F69CC4) to Defendants or their agents.

12. Since at least 2021, Defendants (Ms. Jiang and her husband Mr. Zhu) have been working at various technology companies in the San Francisco Bay Area and have connections with software engineers working at Docusign Inc.

**DECLARATION OF RAN AIMEE SONG**

13. I suspect that Defendants (Ms. Jiang and her husband Mr. Zhu) used their connections at Docusign Inc. to obtain the unique envelop ID (51E45174A5D24DBA97CDCA4ED5F69CC4), without my authorization.

**B. Defendants' History Of Submitting Illegal Or Falsified Evidence In Court Proceedings**

14. For a first example, in November 2021, in another court proceeding involving Defendant Jiang and I, Defendant Jiang presented in court as evidence, a spam email from her Gmail spam folder, arguing that I harassed her by impersonating the Chief Justice of the United States asking Petitioner to transfer $10,500,000.

15. A true and correct copy of that spam email Defendant Jiang used as false evidence in court is attached here to as Exhibit A.

16. For a second example, in that same court proceeding, Defendant Jiang presented in court as evidence, a screenshot of an undated intake form, arguing that she sought medical treatment from an unidentified psychological service provider. A close review of that screenshot reveals that Defendant Jiang never submitted that intake form, because it was only saved as a "draft" and red squiggly lines were still appearing under Defendant Jiang's typos. A submitted medical treatment form would never be named a "draft" with typos emphasized by red squiggly lines.

17. A true and correct copy of that forged medical intake form Defendant Jiang used as false evidence in court is attached here to as Exhibit B.

18. For a third example, in that same court proceeding, Defendant Jiang presented in court as evidence, a screenshot of an undated phone log, arguing that she called many doctors seeking medical treatment. The phone log, however,

3

**DECLARATION OF RAN AIMEE SONG**

shows that Defendant Jiang made a few two- or four-minute calls on an unknown date and does not even contain the phone numbers of the doctors from whom Defendant Jiang supposedly sought treatment. Defendant Jiang could not have received any legitimate medical treatment over these two- or four-minute calls. It is obviously that Defendant Jiang called a few numbers, waited for a few minutes, hanged up, and dialed the next numbers.

19. A true and correct copy of that phone log Defendant Jiang used as false evidence in court is attached here to as Exhibit C.

20. For a fourth example, in November 2021, Defendant Jiang claimed in court that my attorney and I had sent her chemical- and poison-laced legal papers, causing severe damages to her hands.

21. This of course was false.

### C. My Docusign Account Includes Privilege And Protected Matter As Well As Confidential Commercial Information

22. After I ceased representing Defendants in the real estate transaction involving the 2868 Finca Property, I continued using my DocuSign login id aimee.song@cbnorcal.com to communicate with other third parties.

23. These communications may have included the phrase 2868 Finca Property or the like, but they are unrelated to Defendants, because my representation of Defendants have ceased.

24. These communications may also have included the phrase 2868 Finca Property, because I was comparing confidential housing pricings on behalf of other clients with whom I work and to whom I have a duty of confidently.

4
**DECLARATION OF RAN AIMEE SONG**

25. For example, I may have used my DocuSign login id  aimee.song@cbnorcal.com to communicate with my lawyers and with in-house lawyers at Coldwell Banker.

26. The nature of my real estate sales business is such that publication of housing availabilities, locations, pricings, etc. is necessarily of a sensitive nature which will adversely affect my business.

27. For a fourth example, in November 2021, Defendant Jiang claimed in court that my attorney and I had sent her chemical- and poison-laced legal papers, causing severe damages to her hands.

28. I declare under penalty of perjury, that the foregoing is true and correct. Executed on August 30, 2022.

By  *Aimee Ran Song*

Ran Aimee Song

5

**DECLARATION OF RAN AIMEE SONG**

**EXHIBIT A**

**ARE YOU STILL ALIVE?**

此邮件被识别为垃圾邮件，我们将在 5 天后将其删除。 这不是垃圾邮件

中在 周六 2021/9/18 16:57 转发了此邮件

John Roberts <root@smtproutes.org>
星期六 2021/9/18 10:36
收件人: n111000jl@hotmail.com

We received several emails from one Mrs Holand Rose who narrated to us about the auto car accident you had 2 weeks ago. Mrs Holand made us understand with some proof that you're in hospital for treatment but there is no hope of your recovery. She stated that she is your business associate and your next of kin whom you have chosen and permitted to inherit all your properties. She is in contact with us for the approval of US$10,500,000.00 (Ten Million Five Hundred Thousand United States Dollars Only) which has just been brought to my desk by the United State Treasury Secretary.

She requested for the Release Approval Order Certificate (RAOC) so that the whole amount will be transferred into her own personal account as she stated below.

Account Name Mrs Holand Rose

Citibank Banamex USA

2029 Century Park East Los Angeles, CA 80068

Routing Number: 122214645

Account Number: 8744130240

We request your confirmation if you are still alive before we can process this transaction to Mrs Holand's Bank Account. Because she is already processing the Release Approval Order Certificate (RAOC).

We decided to contact you for the last time, to avoid releasing your money to wrong person, because Mrs Holand is too eager and ready to pay the fees and obtain the Release Approval Order Certificate (RAOC) and follow every other legal instruction to have this money into her account. If you did not have an auto accident and you did not permit Mrs Holand to claim your money, kindly reply to this message with your full contact information so we can process the release of the funds to you.

I'll be waiting to hear from you soon.

Regard,

John Roberts

Chief Justice of the United States

Seal of the Supreme Court

1

**DECLARATION OF RAN AIMEE SONG**

**EXHIBIT B**



**EXHIBIT C**



1

**DECLARATION OF RAN AIMEE SONG**